No. 77. SECOR ET AL. *v.* FULTON, SUPERINTENDENT OF BANKS. Jurisdictional statement submitted September 10, 1934. Decided October 8, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Seattle & Renton Ry.* v. *Linhoff,* 231 U. S. 568, 570; *Enterprise Irrigation District* v. *Canal Co.,* 243 U. S. 157, 165, 166; *Tidal Oil Co.* v. *Flanagan,* 263 U. S. 444, 451; *Hebert* v. *Louisiana,* 272 U. S. 312, 316, 317; *American Railway Express Co.* v. *Kentucky,* 273 U. S. 269, 272, 273; *Comer* v. *Washington,* 292 U. S. 610; *Van Schaick* v. *Toledo,* 292 U. S. 611. *Mr. J. S. Rhinefort* for appellants. *Mr. John W. Bricker* for appellee.

No. 88. SKIPPER *v.* FLORIDA. Motion submitted September 10, 1934. Decided October 8, 1934. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a properly presented federal question. *Live Oak Water Users Assn.* v. *Railroad Commission,* 269 U. S. 354, 357, 358; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Godchaux* v. *Estopinal,* 251 U. S. 179; *Archerd* v. *Oregon,* 290 U. S. 604. *Mr. W. D. Bell* for appellant. *Messrs. Cary D. Landis* and *Robert J. Pleus* for appellee.